UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
Northern Division

Wells Fargo Bank, N.A.,

      Plaintiff,

v.                                    Case No. 11-cv-303

Decagon Company Limited, Michael Jacobs,
Ruby Handler Jacobs, and Lawrence Lester,

      Defendants.

## STIPULATION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), Defendants Decagon Company Limited and Lawrence Lester (collectively, "Decagon"), and Defendants Michael Jacobs and Ruby Handler Jacobs (collectively, "Jacobs"), by and through their respective undersigned counsel, stipulate as follows:

    1.     Defendants Decagon hereby represent and warrant that:

        a)     all of the Sovereign Guarantees or other documents purporting to guarantee payment to Sirius San-Xing Financial Services, Ltd. that purportedly were signed by Wells Fargo employees Charmaine Hardy, Angela Powe, Arnold Hamilton, and/or Derrell Blackmon as employees or representatives of Wells Fargo, including but not limited to those Sovereign Guarantees numbered SEL-SSFS-SG-1001, SEL-SSFS-SG-1002, SEL-SSFS-SG-1003, and SEL-SSFS-SG-1004, have been destroyed or returned to Wells Fargo; and

        b)     Defendants Decagon are not pursuing, and are not aware of any other individual or entity that is pursuing, any transaction in relation to or in reliance upon said Sovereign Guarantees.

58293 v1

2.      Defendants Jacobs hereby represent and warrant that:

a)      they have never been a party with authority or control over any of the purported Sovereign Guarantees, and that their sole independent role was to act as intermediaries in the transaction;

b)      to the best of their knowledge and belief, all of the Sovereign Guarantees or other documents purporting to guarantee payment to Sirius San-Xing Financial Services, Ltd. that purportedly were signed by Wells Fargo employees Charmaine Hardy, Angela Powe, Arnold Hamilton, and/or Derrell Blackmon as employees or representatives of Wells Fargo, including but not limited to those Sovereign Guarantees numbered SEL-SSFS-SG-1001, SEL-SSFS-SG-1002, SEL-SSFS-SG-1003, and SEL-SSFS-SG-1004, have been destroyed or returned to Wells Fargo; and

c)      Defendants Jacobs are not pursuing, and are not aware of any other individual or entity that is pursuing, any transaction in relation to or in reliance upon said Sovereign Guarantees.

3.      In consideration for the representations and warranties set forth in paragraphs 1 and 2 above, the parties stipulate that Final Judgment shall be entered on Wells Fargo's Complaint for Declaratory Judgment as follows:

a)      declaring that any purported Sovereign Guarantees or other documents purporting to guarantee payment to Sirius San-Xing Financial Services, Ltd. that purportedly were signed by Wells Fargo employees Charmaine Hardy, Angela Powe, Arnold Hamilton, and/or Derrell Blackmon as employees or representatives of Wells Fargo, including but not limited to those Sovereign Guarantees numbered SEL-SSFS-SG-1001, SEL-SSFS-SG-1002,

SEL-SSFS-SG-1003, and SEL-SSFS-SG-1004, all of which reference Contract Number SEL/88888/01/10, are unenforceable as to Wells Fargo and void *ab initio*; and

   b) Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 26th day of August, 2011.

BURR & FORMAN LLP

By:   *s/ Edward G. Bowron*
Edward G. Bowron (BOWRE9029)
P.O. Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
ebowron@burr.com

Barry R. Davidson & Jamie Zysk Isani
Fla. Bar Nos. 107678 & 728861
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131-1802
Tel     305 • 810 • 2500
Fax     305 • 810 • 2460
bdavidson or jisani@hunton.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DAVIS LAW FIRM

By:   *s/ Peter J. Davis (with consent)*
Peter J. Davis (DAVD48P)
P.O. Box 10141
Birmingham, AL 35202
Telephone: (205) 324-9006
Facsimile: (888) 628-4614
pjdavis@davislawfirm.co

*Attorneys for Defendants Decagon Company
Limited and Lawrence Lester*

MICHAEL JACOBS

State of New Mexico
County of Bernalillo

      I, the undersigned notary public in and for said state and county, hereby certify that **MICHAEL JACOBS**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

      Given under my hand and notarial seal on this the ___25___ day of August, 2011.



OFFICIAL SEAL
SIMON SIERRA
NOTARY PUBLIC-State of New Mexico
My Commission Expires ___June 11 2014___

NOTARY PUBLIC
My Commission Expires: ___June 11 2014___

RUBY HANDLER JACOBS

State of New Mexico
County of Bernalillo

      I, the undersigned notary public in and for said state and county, hereby certify that **RUBY HANDLER JACOBS**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

      Given under my hand and notarial seal on this the ___25___ day of August, 2011.

NOTARY PUBLIC
My Commission Expires: ___June 11 2014___

OFFICIAL SEAL
SIMON SIERRA
NOTARY PUBLIC-State of New Mexico
My Commission Expires ___June 11 2014___