## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 11-0303-CG-M** |
| | ) | |
| **DECAGON COMPANY LIMITED,** | ) | |
| **MICHAEL JACOBS, RUBY** | ) | |
| **HANDLER, and LAWRENCE** | ) | |
| **LESTER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL JUDGMENT GRANTING
## DECLARATORY JUDGMENT

THIS CAUSE is before the Court upon the Stipulation for Entry of Final Judgment submitted jointly by Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendants, Decagon Company Limited, Michael Jacobs, Ruby Handler Jacobs, and Lawrence Lester.  The Court being advised that the parties have agreed to the entry of this Judgment, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Final Judgment is hereby entered on Plaintiff, Wells Fargo Bank, N.A.'s Complaint for Declaratory Judgment as provided herein:

1.    A declaratory judgment is granted, declaring that any purported Sovereign Guarantees or other documents purporting to guarantee payment to Sirius San-Xing Financial Services, Ltd. that purportedly were signed by Wells

Fargo employees Charmaine Hardy, Angela Powe, Arnold Hamilton, and/or Derrell Blackmon as employees or representatives of Wells Fargo, including but not limited to those Sovereign Guarantees numbered SEL-SSFS-SG-1001, SEL-SSFS-SG-1002, SEL-SSFS-SG-1003, and SEL-SSFS-SG-1004, all of which reference Contract Number SEL/88888/01/10, are unenforceable as to Wells Fargo and void <u>ab initio</u>; and

2.     Each party shall bear its own attorneys' fees and costs and any other claim or declaration asserted are hereby dismissed.

**DONE** and **ORDERED** this the 26th day of August, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE